ANN WENGER, Respondent-Appellant, v. LOUIS WENGER, Appellant-Respondent.— In a matrimonial action in which each party sought a divorce, each party appeals from a judgment of the Supreme Court, Suffolk County, dated July 15, 1974 and made after a nonjury trial. Judgment modified, on the facts, by reducing (1) the award of alimony to $100 per week and (2) the award of child support to $75 per week for each infant child. As so modified, judgment affirmed, without costs. The awards of alimony and child support were excessive to the extent indicated herein. Gulotta, P. J., Hopkins, Martuscello, Latham and Christ, JJ., concur.

## (January 22, 1975)

In the Matter of THOMAS O. CUMMINS, Petitioner, v. NEW YORK STATE LIQUOR AUTHORITY, Respondent.— Proceeding pursuant to article 78 of the CPLR to review respondent's determination, dated June 21, 1974, which canceled petitioner's restaurant liquor license and imposed a $500 bond claim. Petition granted to the extent that the determination is modified, on the law, by reducing the penalty to a suspension for a period of 30 days and the $500 bond claim. As so modified, determination confirmed and petition otherwise dismissed on the merits, without costs. In our opinion, the penalty of cancellation was excessive and constituted an abuse of discretion to the extent indicated herein. Hopkins, Acting P. J., Latham and Cohalan, JJ., concur; Brennan and Shapiro, JJ., dissent and vote to confirm the determination and dismiss the petition on the merits.